BENEVOLENT SOCIETY OF THE CITY AND COUNTY OF BALTIMORE *v.* WILLIAM MOLLY, ET AL

[No. 25, January Term, 1935]

*Decided March 7th, 1935.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, and SLOAN, JJ.

*Leigh Bonsal,* with whom was *Thomas F. Cadwalader* on the brief, for the appellant.

*Edward J. Colgan* and *Gersh I. Moss,* for the Manhattan Building & Loan Corporation, appellee.

URNER, J., delivered the opinion of the Court.